UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Misc. No.: 01:00-192 |
| JOSEPH KERSWILL, | ) |
| Defendant. | ) |

### REPAYMENT AGREEMENT

This Agreement is made between the Plaintiff, United States of America by and through it's United States Attorney for the Western District of Pennsylvania, Mary Beth Buchanan and Assistant United States Attorney Michael C. Colville, and the Defendant, Joseph Kerswill. The Defendant agrees to pay the United States Department of Justice, c/o the United States Attorney, the sum of $1,907.95, plus post-judgment interest at the rate of 3.93% per annum from February 1, 2008, in monthly installments of $65.00, until paid in full. The first payment shall be due on the first day of February and the first day of each month thereafter as set forth in this agreement until paid in full. There is no penalty for prepayment.

The judgment debtor shall submit financial data to the Plaintiff periodically as requested by Plaintiff for so long as this judgment remains unpaid.

Plaintiff will evaluate the updated financial data and adjust the repayment plan rate upward or downward accordingly or demand a lump sum payment if warranted by the judgment debtor's financial circumstances.

In the event that the monthly payments are not regularly made, the United States of America,

after determining that payments are more than thirty (30) days in arrears, may then proceed to immediately execute, levy upon, or otherwise enforce collection of the entire amount then due and owing as per the Default and Judgment, dated September 8, 2000, plus interest and costs thereof, by whatever legal methods available.

2-4-08
Date

*Joseph Kerswill*
Joseph Kerswill
7447 Griffey Road
West Springfield, PA 16443

APPROVED:

MARY BETH BUCHANAN
United States Attorney

2-27-08
Date

MICHAEL C. COLVILLE
Assistant U. S. Attorney
U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
PA ID No. 56668
412-644-3500